```
ALEXANDER B. CVITAN (SBN 81746), and
E-Mail: alc@rac-law.com
MARSHA M. HAMASAKI (SBN 102720), Members of
E-Mail: marshah@rac-law.com
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone: (213) 386-3860;  Facsimile: (2l3) 386-5583

Attorneys for Construction Laborers Trust Funds for
Southern California Administrative Company, LLC
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TWO HORSE CONSTRUCTION, INC., a California corporation; NICOLAS BENITEZ, an individual doing business as TWO HORSE CONSTRUCTION; DOE 1 through DOE 5, inclusive,<br><br>Defendants. | CASE NO. CV 12-01301 RGK(RZx)<br><br>**ORDER TO SHOW CAUSE RE CONTEMPT**<br><br>DATE:   SEPTEMBER 24, 2012<br>TIME:   9:00 A.M.<br>PLACE:  COURTROOM 850<br>        Roybal Federal Bldg.<br>        255 E. Temple Street<br>        Los Angeles, CA 90012<br><br>NOTE: CHANGES MADE BY THE COURT |

Upon Motion by Plaintiff, seeking for issuance of an Order requiring Defendant, TWO HORSE CONSTRUCTION, INC., a California corporation ("TWO HORSE"); through its Responsible Managing Officer, Ranjith Ranasinghe, and Nicolas Benitez ("BENITEZ") to show cause why they should not be adjudged in civil contempt for failing and refusing to obey this Court's Interlocutory Order for

-1-

Accounting entered on June 26, 2012 [docket no. 15] which requires them to produce books and records to the TRUST FUNDS for an audit, and to cooperate in all respects therewith for the TRUST FUNDS to determine whether TWO HORSE and BENITEZ have complied with the reporting and payment obligations of their labor agreements and/or to determine the full amount of contributions due by TWO HORSE and BENITEZ to the TRUST FUNDS and any damages to the TRUST FUNDS for failure to pay any such contributions, and good cause appearing therefor:

   IT IS HEREBY ORDERED THAT:

   1.   Defendant, TWO HORSE CONSTRUCTION, INC., a California corporation through its Responsible Managing Officer, Ranjith Ranasinghe and/or through BENITEZ and BENITEZ, **either comply with the Court's June 6, 2012 Interlocutory Order for Accounting or show cause in writing** why an order should not be entered adjudging TWO HORSE and BENITEZ guilty of failing and refusing to obey this Court's Order for Accounting entered on June 26, 2012. **Defendant shall either comply with the Court's order or show cause in writing no later than October 9, 2012.**

   2.   Service of a copy of this Order shall be made by mail to Defendants, TWO HORSE and BENITEZ **no later than September 28, 2012.**

DATED: September 25, 2012     _____
                              R. GARY KLAUSNER, Judge of the
                              UNITED STATES DISTRICT COURT
                              CENTRAL DISTRICT OF CALIFORNIA